### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARACELY LOPEZ,** | ) | |
| | ) | |
| **Petitioner/Defendant,** | ) | **CIVIL ACTION NO. 12-0062-CG** |
| | ) | |
| vs. | ) | **CRIMINAL NO. 07-00349-CG-N** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 3, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 23rd day of June, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE